UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

IN RE SOUTH AFRICAN APARTHEID            02 MDL 1499 (SAS)
LITIGATION

---------------------------------------- X

This Document Relates to:

---------------------------------------- X

LUNGISILE NTSEBEZA , *et al.*,
      Plaintiffs,
  -against-
                                 02 Civ. 4712 (SAS)
FORD MOTOR COMPANY and       02 Civ. 6218 (SAS)
INTERNATIONAL BUSINESS        02 Civ. 1024 (SAS)
MACHINES CORPORATION,

      Defendants.

---------------------------------------- X

SAKWE BALINTULO, *et al.*,

      Plaintiffs,
  -against-

FORD MOTOR COMPANY and       03 Civ. 4524 (SAS)
INTERNATIONAL BUSINESS
MACHINES CORPORATION,

      Defendants.

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**

Plaintiffs *Balintulo* and *Ntsebeza*, by and through their attorneys, respectfully move the Court, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, for leave to file Amended Complaints. The Amended Complaints will add additional factual allegations against

Defendants to address significant changes in applicable law that have occurred since Plaintiffs' complaints were filed in 2008. For the reasons set forth in the attached Memorandum of Law, the Court should grant the instant Motion upon entry of the attached proposed Order.

Dated: May 30, 2014

Respectfully submitted,

*/s/ Diane Sammons*
Diane Sammons
Nagel Rice, LLP
103 Eisenhower Parkway
Suite 101
Roseland, NJ 07068
(973) 618-0400
Fax: (973) 618-9194
Email: dsammons@nagelrice.com


*/s/ Michael D. Hausfeld*
Michael D. Hausfeld
Hausfeld LLP
1700 K St. N.W. Suite 650
Washington, D.C. 20006
(202) 540-7200
Email: mhausfeld@hausfeldllp.com